IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 16 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA :
: Criminal Case No. 1:12-mj-00039
v. :
:
JOHN DOE

### ORDER

Upon consideration of the Motion to Dismiss of the United States of America, the Court makes the following findings.

This defendant in this case has been identified as Timothy Valdez. Investigation has revealed that venue for the production charges that formed the basis of the complaint in this case lies in the Eastern District of California. On March 10, 2012, Valdez was arrested on the warrant issued by this Court and Valdez has been charged with production of child pornography in a separate complaint in the Eastern District of California.

Accordingly, it is this 16 day of March, 2012, hereby

ORDERED that the above-referenced case be dismissed.

_____
UNITED STATES MAGISTRATE JUDGE